Fill in this information to identify the case:

Debtor 1 <u>Sherri Lynn Marie Faria, AKA Sherri Faria</u>

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the <u>District of Rhode Island</u>

Case number <u>24-10343-DF</u>

<u>**Official Form 410S2**</u>
**Notice of Postpetition Mortgage Fees, Expenses, and Charges**          **12/16**

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.**
**File this form as a supplement to your proof of claim. See Bankruptcy Rule 3002.1.**

**Name of creditor**: Athene Annuity and Life Company     **Court claim no.** (if known): <u>13-1</u>

**Last four digits** of any number you use to
identify the debtor's account:    7358

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

☒ No
☐ Yes. Date of the last notice:

**Part 1:**  **Itemize Postpetition Fees, Expenses, and Charges**

**Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.**

| Description | Dates Incurred | | Amount |
|---|---|---|---|
| 1. Late charges | | (1) | $ |
| 2. Non-sufficient funds (NSF) fees | | (2) | $ |
| 3. Attorney's fees | 7/24/24 Objection to Confirmation | (3) | $ 550.00 |
| 4. Filing fees and court costs | | (4) | $ |
| 5. Bankruptcy/Proof of Claim fees | | (5) | $ |
| 6. Appraisal/broker's price opinion fees | | (6) | $ |
| 7. Property Inspection Fees | | (7) | $ |
| 8. Tax Advances (non-escrow) | | (8) | $ |
| 9. Insurance advances (non-escrow) | | (9) | $ |
| 10. Property preservation expenses. Specify: | | (10) | $ |
| 11. Plan Review | 7/15/2024 | (11) | $ 100.00 |
| 12. | | (12) | $ |

Official Form 410S2       **Notice of Postpetition Mortgage Fees, Expenses, and Charges**       Page 1

| | | | |
|---|---|---|---|
| 13 .: | _____ | (13) | $ |
| 14. : | _____ | (14) | $ |
| 15. Total | | (15) | $ 650.00 |
| The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid. See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1 | | | |

Debtor1 <u>Sherri Lynn Marie Faria, AKA Sherri Faria</u>   Case Number (*If known*):24-10343
  First Name   Middle Name   Last Name

## Part 2: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

Check the appropriate box.

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.**

----------------------------------/s/Jason MacKeen----------------------------------------
Signature                                                                               Date: 08/21/24

**Print:**   Jason MacKeen, Esq. 9641                        Title   Attorney for Athene Annuity and Life Company
  First Name   Middle Name   Last Name

Company   Orlans PC

Address   PO Box 540540
          Number        Street
          Waltham, MA  02454

Contact phone   (781) 790-7800                              Email   bankruptcyNE@orlans.com